AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tjoflat, Gerald B. | United States Court of Appeals for the 11th Circuit | 01/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge, active status | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

300 N Hogan Street
Suite 14-200
Jacksonville, Florida 32202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Board and member of the Executive Committee | North Florida Council, Boy Scouts of America |
| 2. | Member of the Board of Directors | Fresh Ministries, Jacksonville, Florida |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tjoflat, Gerald B. | 01/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Academy of Appellate Lawyers | October 4 - 6, 2018 | Scottsdale, Arizona | Speaker during 2018 Fall Meeting | 1,998.01 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tjoflat, Gerald B. | 01/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tjoflat, Gerald B. | 01/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Cash/Money | A | Interest | J | T | | | | | |
| 2. American Balanced Mutual Fund | A | Dividend | | | Sold | 11/20/18 | L | E | |
| 3. Blackrock Global Allocation FD Inc C Mutual Fund | A | Dividend | | | Sold | 11/20/18 | L | A | |
| 4. First Eagle Global Class C Mutual Fund | A | Dividend | | | Sold | 11/20/18 | K | D | |
| 5. Loomis Sayes Strategic Income Fund Class C Mutual Fund | A | Dividend | | | Sold | 11/20/18 | K | | |
| 6. Pimco total Reutrn FD CL C Mutual Fund | A | Dividend | | | Sold | 11/20/18 | K | | |
| 7. Merrill Lynch Welath Management 401(k) (H) | | | | | | | | | |
| 8. Fidelity Advisor New Insights FD CL C Mutual Funds/Closed End UIT | A | Dividend | K | T | | | | | |
| 9. Blackrock Global Allocation FD Inc C Mutual Fund/Closed End Funds | B | Dividend | K | T | | | | | |
| 10. Invesco Balanced Risk Allocation FD CL Mutual Funds/Closed End UIT | A | Dividend | K | T | | | | | |
| 11. JP Morgan Strategic Income Opp Fund CL C Mutual Fund | A | Dividend | K | T | | | | | |
| 12. Loomis Sayles Strategic Income Fund Class C Mutual Fund | A | Dividend | K | T | | | | | |
| 13. Nuveen Santa Barbara Dividend Growth FD CL C Mutual Fund | A | Dividend | K | T | | | | | |
| 14. PIMCO All Asset All Authority Fund CL C Mutual Fund | A | Dividend | J | T | | | | | |
| 15. PIMCO Total Return FD CL C Mutual Fund | A | Dividend | J | T | | | | | |
| 16. Templeton Global Bond FD Class C Mutual Fund | B | Dividend | K | T | | | | | |
| 17. Invesco Emerging Markets | A | Dividend | J | T | Buy | 11/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tjoflat, Gerald B. | 01/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Invesco Preferred ETF | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 19. Ishares IBoxx$ | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 20. Ishares TIPS | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 21. Ishares 3-7 Year | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 22. Ishares MBS ETF | A | Dividend | K | T | Buy | 11/20/18 | J | | |
| 23. Ishares IBoxx$ High Yield | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 24. Ishares Inc Core MSCI | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 25. Ishares TR Core MSCI EAF | B | Dividend | K | T | Buy | 11/20/18 | K | | |
| 26. PIMCO Total Return FD | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 27. Vaneck Vectors JP | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 28. Vanguard Small Cap Value | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 29. Vanguard Small Cap | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 30. Vanguard Value ETF | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 31. Vanguard Growth ETF | A | Dividend | K | T | Buy | 11/20/18 | K | | |
| 32. Vanguard Intermediate | A | Dividend | K | T | Buy | 11/20/18 | K | | |
| 33. Vanguard Short Term Bond | A | Dividend | K | T | Buy | 11/20/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tjoflat, Gerald B. | 01/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1: Bank of America Cash/Money Account was previously listed as two separate line items in the 2017 report.  It has now been consolidated.

| Name of Person Reporting | Date of Report |
|---|---|
| Tjoflat, Gerald B. | 01/13/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald B. Tjoflat**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544